Eastern District of Kentucky
FILED
JUL 23 2008
AT PIKEVILLE
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 07-143            ELECTRONICALLY FILED

TRACT NO. 553M

UNITED STATES OF AMERICA            PLAINTIFF

VS.      MAGISTRATE'S REPORT AND RECOMMENDATION

3.91 ACRES OF LAND, MORE OR LESS            DEFENDANTS
SITUATE IN FLOYD COUNTY, COMMONWEALTH OF
KENTUCKY, AND MARY JUNE ALLEN, ET. AL.

\* \* \* \* \* \* \* \* \* \*

      This is a condemnation proceeding which has been referred to the undersigned Magistrate for the purpose of conducting a pre-trial conference, a trial by stipulation, and such other proceedings which may be necessary or appropriate to support the entry of a final judgment herein.

      By an appropriate order, the matter was assigned for trial on the 21st day of July 2008, at the hour of 10:00 a.m., at Pikeville, Kentucky, to determine the just compensation for the acquisition of Tract 553M consisting 3.91 acres, and was, in fact, so tried.

      The plaintiff was represented by David Y. Olinger, Jr., Assistant United States Attorney and there was no appearance by or on behalf of the defendant landowners or any other person claiming an interest in the tract.

The evidence presented on behalf of the United States consisted only of the testimony of James Whaley, an appraiser, whose qualifications as an expert witness were recognized by the Court. Mr. Whaley testified that the entire subject tract consisted of 3.91 acres, located in Floyd County, Kentucky. It was his opinion that the fair market value of Tract 553M on the date of taking was $4000.00.

For the foregoing reasons, it is the Magistrate's recommendation that judgment be entered herein declaring the total just compensation to be in the amount of $4000.00 for Tract 553M, and directs that the appropriate deposits are disbursed from the Registry of this Court, subject to the provisions of 28 U.S.C. § 2042 as follows:

| Owner | Share | Share of funds |
|---|---|---|
| Ruby Eileen Frazier | 1/7 | $571.43 plus earned interest |
| Dewey Ed Smith | 1/14 | $285.71 " |
| Violet Smith Kolling | 1/14 | $285.71 " |
| Mary June Allen | 1/14 | $285.71 " |
| Donald Frazier spouse, Peggy Frazier | 1/14 | $285.71 " |
| Virginia Jamerson | 1/16 | $250.00 " |
| Joan Hall | 1/16 | $250.00 " |
| Billie Jean Stith spouse, Jack R. Stith, Sr. | 1/21 | $190.48 " |
| Robert Flanery spouse, Sally Flanery | 1/21 | $190.48 " |

| Owner | Share | Share of funds |
|---|---|---|
| Roberta Hill<br>spouse, John Hill | 1/21 | $190.48 plus earned interest |
| Stephen Frazier<br>spouse, Margot Frazier | 1/28 | $142.86 " |
| George Frazier<br>spouse, Cindy Frazier | 1/28 | $142.86 " |
| Eugene Frazier<br>spouse, Gloria Frazier | 1/28 | $142.86 " |
| Larry Frazier<br>spouse, Linda Frazier | 1/28 | $142.86 " |
| Rose Warren<br>spouse, Victor Warren | 1/28 | $142.86 " |
| Ada Luxmore<br>spouse, Daryl Luxmore | 1/28 | $142.86 " |
| Ruby M. Spencer<br>spouse, Walter Spencer, Jr. | 1/28 | $142.86 " |
| Janet Rose Howard | 1/56 | $71.43 " |
| William L. Francis | 1/84 | $47.62 " |
| Edith L. Gaughan | 1/84 | $47.62 " |
| Dennis E. Francis<br>spouse, Linda Francis | 1/84 | $47.62 " |

**TOTALS:  1**                                                   $4,000.00

3

The parties shall file their particularized objections to this Report and Recommendation within ten (10) days of the date of service of same or further appeal is waived. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).

This the __23__ day of __July__, 2008.



UNITED STATES MAGISTRATE/JUDGE

4