Eastern District of Kentucky
FILED

AUG 13 2008

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 07-143

TRACT NO. 553M

UNITED STATES OF AMERICA     PLAINTIFF

VS.     JUDGMENT ON MAGISTRATE'S REPORT AND RECOMMENDATION

3.91 ACRES OF LAND, MORE OR LESS,
SITUATE IN FLOYD COUNTY,
COMMONWEALTH OF KENTUCKY, AND
MARY SUE ALLEN, ET AL.,     DEFENDANTS

\* \* \* \* \* \* \*

Upon consideration of the Report and Recommendation of the United States Magistrate, and there having been no exceptions filed to same;

IT IS, THEREFORE, ADJUDGED, ORDERED AND DECREED that the just compensation for the mineral interest taken herein is the sum of $4,000.00 for Tract 553M.

The sum of $4,000.00 shall be the full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the mineral interest in the estate taken in said tract, which sum shall be subject to all liens, encumbrances, taxes and other legal assessments against the same; and it appears that the United States has heretofore paid into the Registry of the Court the sum of $4,000.00 as estimated just compensation for the consideration and taking of Tract No. 553M.

It is further ordered that if the sum of $4,000.00 or any lesser amount, shall remain so deposited in this Court for five years from the date of this judgment, unclaimed by the person or persons entitled thereto, the Clerk of the Court is hereby directed and authorized, without further orders of this Court, to transfer it by journal voucher to the United States Treasury to the credit

of Receipt Account No. X600, pursuant to the provisions of Title 28 U.S.C. § 2042.

The funds shall be disbursed as follows:

| Owner | Share | Share of funds | |
|---|---|---|---|
| Ruby Eileen Frazier | 1/7 | $571.41 | plus earned interest |
| Dewey Ed Smith | 1/14 | $285.71 | plus earned interest |
| Violet Smith Kolling | 1/14 | $285.71 | plus earned interest |
| Mary June Allen | 1/14 | $285.71 | plus earned interest |
| Donald Frazier<br>spouse, Peggy Frazier | 1/14 | $285.71 | plus earned interest |
| Virginia Jamerson | 1/16 | $250.00 | plus earned interest |
| Joan Hall | 1/16 | $250.00 | plus earned interest |
| Billie Jean Stith<br>spouse, Jack R. Stith, Sr. | 1/21 | $190.48 | plus earned interest |
| Robert Flanery<br>spouse, Sally Flanery | 1/21 | $190.48 | plus earned interest |
| Roberta Hill<br>spouse, John Hill | 1/21 | $190.48 | plus earned interest |
| Stephen Frazier<br>spouse, Margot Frazier | 1/28 | $142.86 | plus earned interest |
| George Frazier<br>spouse, Cindy Frazier | 1/28 | $142.86 | plus earned interest |
| Eugene Frazier<br>spouse, Gloria Frazier | 1/28 | $142.86 | plus earned interest |
| Larry Frazier<br>spouse, Linda Frazier | 1/28 | $142.86 | plus earned interest |
| Rose Warren<br>spouse, Victor Warren | 1/28 | $142.86 | plus earned interest |
| Ada Luxmore<br>spouse, Daryl Luxmore | 1/28 | $142.86 | plus earned interest |
| Ruby M. Spencer<br>spouse, Walter Spencer, Jr. | 1/28 | $142.86 | plus earned interest |

| Owner | Share | Share of funds |
|---|---|---|
| Janet Rose Howard | 1/56 | $ 71.43   plus earned interest |
| William L. Francis | 1/84 | $ 47.62  plus earned interest |
| Edith L. Gaughan | 1/84 | $ 47.62  plus earned interest |
| Dennis E. Francis spouse, Linda Francis | 1/84 | $ 47.62  plus earned interest |

**TOTALS: 1** $4,000.00

Jurisdiction of this cause is retained for the entry of further and appropriate orders and decrees.

Dated this ___12th___ day of ___August___, 2008.

GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT JUDGE

3